**Order entered March 20, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01478-CR

**DONTARIOUS JAMAL SCOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81021-2019**

## ORDER

Appellant, who was convicted of continuous sexual abuse of a child under the age for fourteen years, filed his brief on March 11, 2020. In his brief, appellant identifies the victim by name. This Court does not allow a party to file a brief that discloses the names of victims or witnesses who were children at the time of the offenses, or the names of any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain

sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the victim and any witnesses who were children at the time of this or any other offense either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record, giving a statement of the case, or attaching an appendix.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Presiding Judge, 296th Judicial District Court; Hunter Biederman, and the Collin County District Attorney.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE